**936 DE MOSS vs. CIRCUIT JUDGE (Van Buren), 41 M., 725.**

To compel the settlement of a bill of exceptions, where the party preparing same had done all in his power to comply with

the various orders for its settlement and had.completed and furnished the bill in due time.

Granted October 22, 1879.